**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| UNITED STATES OF AMERICA | ) | Criminal Action No. 6:12-cr-00002-9 |
|---|---|---|
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| JAMES CALVIN BOYD, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) The government's motion to dismiss (Docket No. 278) is **GRANTED**;

(2) Boyd's motion pursuant to 28 U.S.C. § 2255 (Docket No. 274) is **DISMISSED**;

(3) Boyd's motion for judicial notice (Docket 281) is **GRANTED**;

(4) This action is **STRICKEN** from the active docket of this court; and

(5) Finding that Boyd has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

    **ENTER**:    This <u>15th</u> day of November, 2017.

 

                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE